

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

# Firearms Technology Branch
# Report of Technical Examination

Firearms Programs Division

Washington, D.C. 20226

Phone: (202) 927-7910

TO:

Special Agent James Kohler
Bureau of Alcohol, Tobacco, Firearms and Explosives
251 E. Front Street, Suite 204
Boise, ID 83702

DATE: DEC - 7 2004

YOUR: 787015-05-0003

RE:

OUR: 2005-039-MCP

DATE EXHIBITS RECEIVED: 10/19/04

DELIVERED BY: FED EX 792756858054

TYPE OF EXAMINATION REQUESTED:

Test, Examination, Classification

EXHIBITS:

1. Chinese SKS, Type 56, 7.62 x 39mm caliber rifle (suspected machinegun), S/N 25001671.

Enclosure

Pertinent Authority:

The Gun Control Act of 1968 (GCA), as amended, defines the term "firearm" to mean, in part, "...any weapon (including a starter gun) which will or is designed to or may readily be converted to expel a projectile by the action of an explosive" or "the frame or receiver of any such weapon...." (See 18 U.S.C. § 921(a)(3).)

The National Firearms Act (NFA), 26 U.S.C. § 5845(b), defines "machinegun" as follows:

...any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon; any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person.

Findings:

Exhibit 1 is a Norinco 7.62 x 39mm caliber rifle originally manufactured in China and imported by Compasseco, Inc., of Bardstown, Kentucky. As received, Exhibit 1 has been modified by the drilling of holes directly across from each other, through the left and right sides of the trigger housing below the hammer mount lugs. A metal pin has been inserted into each of these holes, and the two pins meet in the center of the trigger housing directly under the forward end of the trigger bar. These pins prevent the disconnector from lowering the trigger bar far enough to disconnect the bar from the sear and result in Exhibit 1 functioning as an automatic (machinegun) firearm.

Special Agent James Kohler

787015-05-0003
2005-039-MCP
Page 02

Exhibit 1 was test fired on November 23, 2004, at the ATF test range, Martinsburg, WV, using Wolf brand, 7.62 x 39mm caliber commercial ammunition. Utilizing a three-round ammunition load, Exhibit 1 fired all three rounds with a single function of the trigger. This process was repeated three times, yielding the same results.

Conclusions:

Exhibit 1 is a "firearm" as defined in 18 U.S.C. 921(a)(3).

Exhibit 1 shot automatically more than one shot, without manual reloading, with a single function of the trigger, incorporating the frame or receiver of a machinegun. Therefore, Exhibit 1 is a "machinegun" as defined in 26 U.S.C. 5845(b).

Michael C. Powell
Firearms Enforcement Officer

Earl L. Griffith, II
Firearms Enforcement Officer

Sterling Nixon
Chief, Firearms Technology Branch







